# UNITED STATES DISTRICT COURT

for the
### Eastern District of Kentucky
### London Division

| | | |
|---|---|---|
| Ronald Hall, Sr. | ) | |
| *Plaintiff* | ) | |
| | ) | |
| v. | ) | Case No.   6:17-cv-00149-KKC |
| | ) | |
| Equifax Information Services, LLC *et al.* | ) | |
| *Defendants* | ) | |
| | ) | |

### NOTICE OF SETTLEMENT AS TO DEFENDANT
### CAPITAL ONE BANK (USA), N.A.

Please take notice that Plaintiff, Ronald Hall, Sr., has reached a settlement with

Defendant Capital One Bank (USA), N.A. Once the settlement is final, the parties will file a joint

dismissal with prejudice. This notice does not affect, and is not intended to affect, Plaintiff's

claims against any other Defendant in this action.

Respectfully submitted,

/s/ James R. McKenzie
**James R. McKenzie**
*James R. McKenzie Attorney, PLLC*
115 S. Sherrin Avenue, Suite 4
Louisville, KY 40207
Tel: (502) 371-2179
Fax: (502) 257-7309
E-mail: jmckenzie@jmckenzielaw.com
*Counsel for Plaintiff*
*Ronald Hall, Sr.*

James H. Lawson
*Lawson at Law, PLLC*
115 S. Sherrin Avenue, Suite 4
Louisville, KY 40207
Tel: (502) 473-6525
Fax: (502) 473-6561
E-mail: james@kyconsumerlaw.com

*Counsel for Plaintiff*
*Ronald Hall, Sr.*

## **CERTIFICATE OF SERVICE**

This is to certify that I filed the foregoing via the Court's CM/ECF system on this 1st day of August, 2017, which will send a Notice of Electronic Filing to all counsel of record. I also certify that I sent a true and accurate copy of the foregoing via regular U.S. Mail, postage prepaid, this 1st day of August 2017 to the following:

Credit One Bank, N.A.
585 Pilot Road
Las Vegas, NV 89119

First Premier Bank
601 South Minnesota Avenue
Sioux Falls, SD 57104

/s/ James R. McKenzie
*Counsel for Plaintiff*
*Ronald Hall, Sr.*