# UNITED STATES DISTRICT COURT
for the
**Eastern District of Kentucky**
**London Division**

| | |
|---|---|
| Ronald Hall, Sr.            ) | |
|    *Plaintiff*            ) | |
|             ) | |
| v.            ) | Case No. 6:17-cv-00149-KKC |
|             ) | |
| Equifax Information Services, LLC *et al.*  ) | |
|    *Defendants*            ) | |
|             ) | |

### JOINT STIPULATION OF DISMISSAL WITH PREJUDICE AS TO DEFENDANT FIRST PREMIER BANK

Pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)(ii), Plaintiff Ronald Hall, Sr. and Defendant First Premier Bank hereby jointly request that this Court dismiss with prejudice Plaintiff's claims against Defendant in the above-styled action. Except as otherwise agreed, the parties shall each bear their own costs, expenses, and attorney's fees. This stipulation does not affect, and is not intended to affect, Plaintiff's claims against any other Defendant in this action.

HAVE SEEN AND APPROVED:

| | |
|---|---|
| /s/ James H. Lawson | /s/ Lea Pauley Goff (by permission) |
| **James H. Lawson** | Lea Pauley Goff |
| *Lawson at Law, PLLC* | Emily L. Pagorski |
| 115 S. Sherrin Avenue, Suite 5 | *Stoll Keenon Ogden PLLC* |
| Louisville, KY 40207 | 2000 PNC Plaza |
| Tel:   (502) 371-2179 | 500 West Jefferson Street |
| Fax:   (502) 257-7309 | Louisville, KY 40202 |
| james@kyconsumerlaw.com | Tel:   (502) 333-6000 |
| *Counsel for Plaintiff* | Lea.Goff@skofirm.com |
| *Ronald Hall, Sr.* | Emily.Pagorski@skofirm.com |
| | *Counsel for Defendant* |
| | *First Premier Bank* |

James R. McKenzie
*James R. McKenzie Attorney, PLLC*
115 S. Sherrin Avenue, Suite 5
Louisville, KY 40207
Tel: (502) 371-2179
Fax: (502) 257-7309
E-mail: jmckenzie@jmckenzielaw.com
*Counsel for Plaintiff*
*Ronald Hall, Sr.*