# UNITED STATES DISTRICT COURT
for the
**Eastern District of Kentucky**
**London Division**

| | |
|---|---|
| Ronald Hall, Sr. )<br>*Plaintiff* )<br> )<br>v. )<br> )<br>Equifax Information Services, LLC *et al.* )<br>*Defendants* )<br> ) | Case No. 6:17-cv-00149-KKC |

### NOTICE OF SETTLEMENT AS TO DEFENDANTS LVNV FUNDING, LLC AND RESURGENT CAPITAL SERVICES, L.P.

Please take notice that Plaintiff, Ronald Hall, Sr., has reached a settlement with Defendants LVNV Funding, LLC and Resurgent Capital Services, L.P. Once the settlement is final, the parties will file a joint dismissal with prejudice. This Notice does not affect, and is not intended to affect, Plaintiff's claims against any other Defendant in this action.

Respectfully submitted,

/s/ James H. Lawson
**James H. Lawson**
*Lawson at Law, PLLC*
115 S. Sherrin Avenue, Suite 5
Louisville, KY 40207
Tel: (502) 473-6525
Fax: (502) 473-6561
E-mail: james@kyconsumerlaw.com
*Counsel for Plaintiff*
*Ronald Hall, Sr.*

James R. McKenzie
*James R. McKenzie Attorney, PLLC*
115 S. Sherrin Avenue, Suite 5
Louisville, KY 40207
Tel: (502) 371-2179
Fax: (502) 257-7309
E-mail: jmckenzie@jmckenzielaw.com

*Counsel for Plaintiff*
*Ronald Hall, Sr.*

## **CERTIFICATE OF SERVICE**

This is to certify that I filed the foregoing via the Court's CM/ECF system on this 26th day of April, 2018, which will send a Notice of Electronic Filing to all counsel of record.

/s/ James H. Lawson
*Counsel for Plaintiff*
*Ronald Hall, Sr.*

2